UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BRADLY MARKS, *individually and on behalf of all others similarly situated*,

                                  Plaintiff,

   -against-

ZOEK, INC.,

                                  Defendant.

------------------------------------- x

**ORDER**

17 Civ. 8829 (GBD)

GEORGE B. DANIELS, United States District Judge:

By Order dated March 14, 2018, Plaintiff was directed to move for entry of default judgment and cautioned that failure to do so would result in this case being administratively closed. (*See* ECF No. 13.) To date, no further communication from Plaintiff has been received.

Accordingly, the Clerk of Court is hereby directed to close this case.

Dated: April 18, 2018
       New York, New York

                                                        SO ORDERED.

                                                        *George B Daniels*
                                                        GEORGE B. DANIELS
                                                        United States District Judge